EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| Integración de Salas de Verano | 2025 TSPR 52

215 DPR ___ |

Número del Caso: ES-2025-0002

Fecha: 14 de mayo de 2025

Materia: Integración de Salas de Verano.

Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

INTEGRACIÓN DE SALAS DE VERANO    ES-2025-02

RESOLUCIÓN

En San Juan, Puerto Rico, a 14 de mayo de 2025.

De conformidad con la Regla 4(c) del Reglamento de este Tribunal, 4 LPRA Ap. XXI-B, culminada la presente sesión, se constituyen las siguientes salas para funcionar durante el receso de verano:

Del 1 al 31 de julio de 2025:

Hon. Rafael L. Martínez Torres, Presidente
Hon. Mildred G. Pabón Charneco
Hon. Roberto Feliberti Cintrón

Del 1 al 31 de agosto de 2025:

Hon. Ángel Colón Pérez, Presidente
Hon. Camille Rivera Pérez
Hon. Raúl A. Candelario López

Del 1 al 30 de septiembre de 2025:

Hon. Maite D. Oronoz Rodríguez, Presidenta
Hon. Erick V. Kolthoff Caraballo
Hon. Luis F. Estrella Martínez

La sala de despacho no podrá tener menos de tres Jueces o Juezas. Cuando un miembro de la sala no pueda intervenir en algún asunto, se constituirá una sala especial según la designación previa acordada por el Tribunal.

El Tribunal continuará certificando Opiniones y Sentencias durante este periodo.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.


                              Javier O. Sepúlveda Rodríguez
                              Secretario del Tribunal Supremo